JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITUS MAY, et al. | ) Case No. 2:14-cv-09374-WGY-FFM |
| Plaintiffs, | ) [~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | ) |
| UNITED TECHNOLOGIES CORPORATION, et al. | ) |
| Defendants. | ) |

The Court, having granted the motion of defendant Northrop Grumman Systems Corporation to dismiss plaintiffs' complaint and having denied plaintiffs' motion for leave to file their proposed first amended complaint,

IT IS HEREBY ORDERED, JUDGED, AND DECREED that the above action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rules 12 (b)(6) and 41(b). Defendant Northrop Grumman Systems Corporation shall recover its costs.

IT IS SO ORDERED.

DATED: August 14, 2015

_____
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE